IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANCE KALE | : | NO.  09-264-3 |

## **ORDER**

AND NOW, this 26th day of April, 2010, upon consideration of the "Post-Trial Motion of Defendant Trance Kale for Judgments of Acquittal or in the Alternative, for a New Trial" (Docket No. 131) and all concomitant briefing, **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.